May 16, 1910.

––––––––––

No. 5025.

(Court of Appeal, Parish of Orleans.)

**JOHN MOPPERT vs. E. J. TRENCHARD, ET ALS.**

––––––––––

Chas. Louque for plaintiff and appellee.

A. L. Ponder for defendant and appellant.

Howe, Fenner, Spencer and Cocke attorneys.

B. J. Meyer attorney.

GODCHAUX, J.—The appellant in this case having

— 420 —

filed a motion asking that the appeal taken herein by them be dismissed at their cost, and it not appearing that the appellee has filed any answer to the appeal, it is ordered that this cause be dismissed at the cost of the appellant.

Appeal dismissed.